IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO.: 4:17-cr-00027-RBH(1) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ATLAS IMPORTERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Preliminary Order of Forfeiture as to Defendant Atlas Importers, Inc. ("Atlas", "Defendant"), based upon the following:

1. On January 13, 2017, an Information was filed charging Atlas with smuggling, in violation of 18 U.S.C. § 545.

2. Pursuant to Fed. R. Crim. P. 32.2(a), the Information contained a notice of forfeiture providing that upon Atlas' conviction, certain properties enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States. As specified, such assets include, but are not limited to the following:

   (1) Cash Proceeds/Personal Money Judgment:[1]

   A sum of money equal to all proceeds the Defendant obtained directly or indirectly as the result of the offenses charged in this Information, or traceable to such property, that is, a minimum of $50,000.00 in U.S. currency, and all interest and proceeds traceable thereto.

---

[1] The Government has decided not to pursue a money judgment against Defendant.

1

   (2) <u>Explosives</u>:

    596 Cartons of Fireworks
    Seized from: Georgia Ports Authority
    Seizure date: September 28, 2015
    Asset ID: 15-CBP-000483

  3. On February 28, 2017, Atlas plead guilty to the smuggling charge, in violation of 18 U.S.C. § 545.

  4. Based on Defendant's conviction and other matters of record, the Court has determined that Atlas has an interest in the below-described property, and that the property is subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 545 and 982(a)(2)(B), and 28 U.S.C. § 2461(c).

  5. The Court has determined that the Government has established the requisite nexus between the said property subject to forfeiture and the offense for which Atlas has been convicted; therefore, the United States is entitled to a Preliminary Order of Forfeiture, subject to the provisions of 21 U.S.C. § 853 governing third party rights.

  Accordingly, it is hereby **ORDERED**,

  1. The following property is hereby forfeited to the United States of America, along with all right, title, and interest of the Defendant Atlas Importers, Inc., in and to such property.

   <u>Explosives:</u>

   596 Cartons of Fireworks
   Seized from: Georgia Ports Authority
   Seizure date: September 28, 2015
   Asset ID: 15-CBP-000483

  2. Upon entry of the criminal judgment, this Order becomes final as to Atlas, and shall be made a part of its sentence and included in the criminal judgment.

3. The United States shall publish notice of this Order and its intents to dispose of the property in such manner as the Attorney General may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in said property.

4. Upon entry of this Order, the United States Marshals Service or their designee is authorized to seize the above-described forfeited property as directed by the United States Attorney's office and to commence proceedings that comply with statutes governing third party rights.

5. Any person, other than the named Defendant, asserting a legal interest in the subject property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his alleged interest in the subject property and for an amendment of the Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(6) and Fed. R. Crim. P. 32.2(c).

6. Any petition filed by a third party asserting an interest in the above-described property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, the time and circumstances of the petitioner's acquisition of the right, title or interest in such property, and additional facts supporting the petitioner's claim and the relief sought.

7. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

8. The United States shall have clear title to the property following the Court's determination of all third party interests, or, if no petitions are filed, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third party petitions.

9. The Court shall retain jurisdiction to resolve disputes which may arise and to enforce and amend this Order as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

10. The Clerk, U.S. District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

AND IT IS SO ORDERED.

March 16, 2017                                             s/ R. Bryan Harwell
Florence, South Carolina                            R. Bryan Harwell
                                                                   United States District Judge